## M'GLIMMERY v. BRUSH, in Error.

Wednesday,
May 6.

AN action of slander was brought by *Brush* against *M'Glimmery*, for words charging the plaintiff with stealing, and for words charging him and his family with murder. The defendant pleaded not guilty. *Held*, that words charging the "*Brush* family" with stealing, or with murder, might be proved by the plaintiff to show malice; but that no slanderous words spoken of the plaintiff's wife alone were admissible as evidence in this action.